UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY, | Case No. 1:25-cv-00207-CDB |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DEADLINE *NUNC PRO TUNC* FOR PLAINTIFF TO DEPOSIT INTERPLEADER FUNDS |
| v. | (Doc. 100) |
| EDUARDO ROCHA, *et al.*, | |
| Defendants. | **June 9, 2026, Deadline** |

Pending before the Court is Plaintiff Banner Life Insurance Company's motion to extend the deadline to deposit interpleader funds. (Doc. 100). Plaintiff represents that, "due to unexpected internal delays in procuring the subject checks," Plaintiff is unable to meet the deadline to deposit interpleader funds and requests an extension of time until June 9, 2026. Plaintiff provides that the "subject checks are expected to be delivered to the Clerk on June 3, 2026, via FedEx." Plaintiff represents that Defendant Eduardo Rocha, individually and as special administrator of the Estate of Juana Rocha, does not oppose the motion. *See* (Doc. 100-1).

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). Plaintiff filed its motion on the day of the deadline to deposit interpleader funds. *See*

(Doc. 97). While the Court finds good cause to grant the requested extension, it should have become apparent to Plaintiff that it required an extension of time to deposit the funds before the June 2, 2026, deadline. The Court disfavors granting relief *nunc pro tunc* and admonishes Plaintiff to exercise better care and to adhere to this Court's Local Rules in all future filings.

### Conclusion and Order

In light of the representations in Plaintiff's motion and good cause appearing, IT IS HEREBY ORDERED that:

1.  The hearing noticed for July 14, 2026, on Plaintiff's motion for extension of time to deposit interpleader funds (Doc. 100) is VACATED.

2.  Plaintiff's motion (Doc. 100) is GRANTED *nunc pro tunc*.

3.  Plaintiff shall deposit the interpleader funds no later than **June 9, 2026** (*see* Doc. 97).

IT IS SO ORDERED.

Dated:    **June 3, 2026**                    _____
                                              UNITED STATES MAGISTRATE JUDGE